## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER PECCI,** | : | **CIVIL ACTION NO. 1:26-CV-85** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **FCI SCHUYLKILL WARDEN,** | : | |
| | : | |
| **Respondent** | : | |

## <u>ORDER</u>

AND NOW, this 22nd day of April, 2026, upon consideration of the petition

(Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying

memorandum, it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is DENIED.

2.  The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania